# United States District Court

Eastern District of Wisconsin

**JUDGMENT IN A CIVIL CASE**

**MICHAEL D. BURNS,**

      **Petitioner,**

    **v.**                   **Case No. 04-C-582**

**WARDEN DANIEL J. BENIK,**

      **Respondent.**

[x]    **Decision by Court.** This action came for consideration before the Court. The issues have been heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that Burns's petition fails on the merits and the petition for a writ of habeas corpus and this action is DISMISSED.

Jon W. Sanfilippo, Clerk of Court
EASTERN DISTRICT OF WISCONSIN

Date: November 5, 2007     (By) Deputy Clerk, s/ C. Quinn

Approved this 5th day of November, 2007.

s/AARON E. GOODSTEIN
United States Magistrate Judge